# United States Court of Appeals
### For the Eighth Circuit

_____

## No. 25-3165
_____

Charles L. Burgett

*Plaintiff - Appellant*

v.

Frank Bisignano, Commissioner of Social Security

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City

_____

Submitted: August 10, 2026
Filed: August 13, 2026
[Unpublished]

_____

Before KELLY, KOBES, and JUSTIN D. SMITH, Circuit Judges.

_____

PER CURIAM.

Charles Burgett appeals following the district court's[1] adverse grant of summary judgment in his employment discrimination action. After careful review of

_____

[1]The Honorable David Gregory Kays, United States District Judge for the Western District of Missouri.

the record and the parties' arguments on appeal, we conclude that the grant of summary judgment was proper.  See Said v. Mayo Clinic, 44 F.4th 1142, 1147 (8th Cir. 2022) (grant of summary judgment is reviewed de novo).  We also conclude that the district court did not abuse its discretion in denying Burgett's motion for reconsideration.  See Ryan v. Ryan, 889 F.3d 499, 507-08 (8th Cir. 2018) (standard of review).  Accordingly, we affirm.  See 8th Cir. R. 47B.

_____